IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAKIM BOND, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 08-4527 |
| | : | |
| v. | : | |
| | : | |
| VISIONQUEST, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 7th day of August, 2009, it is hereby ORDERED as follows:

1. The above-captioned matter is REMOVED FROM SUSPENSE.

2. The portion of this Court's February 6, 2009, Order granting in part Plaintiff's Motion for Appointment of Counsel and Mental Health Advocate (Doc. No. 16) is VACATED.

3. Plaintiff's Motion for Appointment of Counsel and Mental Health Advocate (Doc. No. 16) is DENIED in its entirety.

4. The Motions to Dismiss filed by Visionquest (Doc. No. 33) and the City of Philadelphia (Doc. No. 38) are GRANTED for the reasons set forth in the accompanying memorandum.

5. The above-captioned matter is DISMISSED WITH PREJUDICE AS TO ALL DEFENDANTS because Plaintiff's claims are barred by the applicable statute of limitations.

6. The Motions to Dismiss filed by the Clarion Hospital (Doc. No. 12); the

       Director of Community Behavioral Health, Amanda Latshaw, and Sabrina Bankston (Doc. No. 29); and the Children's Hospital of Philadelphia and Peter Meyer, M.D. (Doc. Nos. 30 & 31) are DENIED AS MOOT.

4.     The Clerk of Court shall TERMINATE the above-captioned matter.

                              BY THE COURT:

                                    S/ C. Darnell Jones II
                                                        J.